Debora H. ROIG, Plaintiff–Appellant,

v.

THE LIMITED LONG TERM DISABILITY PROGRAM; et al., Defendants,

The Limited Long Term Disability Program, Defendant–Appellee.

No. 04–30898.

United States Court of Appeals, Fifth Circuit.

Decided May 16, 2005.

James F. Willeford, New Orleans, LA, for Plaintiff–Appellant.

Michael J. Settineri, Vorys, Sater, Seymour & Pease, Columbus, OH, for Defendant–Appellee.

Before DAVIS, STEWART and DENNIS, Circuit Judges.

PER CURIAM: *

After reviewing the record in this case and based upon the briefs of the parties and argument of counsel, we affirm the district court's judgment essentially for the reasons stated in its careful Order and Reasons dated August 18, 2004.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.